IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

YOHAN WEBB,

        Plaintiff,

vs.

MATTHEW FRANKEN, (Investigator, LPD); LINCOLN JOURNAL STAR NEWSPAPER, Owner & Editor Unknown by Name; 10/11 NEWS (KOLN/KGIN), MELISSA C. RIPLEY, #1331, LPD Officer; BRETT WHEELER, Lancaster County Jail Correctional Officer; KAI AKESON, Lancaster County Jail Correctional Officer; SCOTT LENGEL, Lancaster County Jail Correctional Officer; WESTON VOCK, Lancaster County Jail Correctional Officer; BEN MURPHY, Lancaster County Jail Correctional Officer; CARLY LOBEDA, Lancaster County Jail Correctional Officer; JON OTT, Lancaster County Jail Correctional Officer; MATTHEW DAAKE, Lancaster County Jail Correctional Officer; BRADLEY JOHNSON, Lancaster County Jail Correctional Officer; JOSEPH ANDERSON, Lancaster County Jail Correctional Officer; RICK GRAY, Lancaster County Jail Correctional Officer; STEPHEN JOHNSON, Lancaster County Jail Correctional Officer; ADAM BASSINGER, Lancaster County Jail Correctional Officer; ANDREW HOLSING, Lancaster County Jail Correctional Officer; JESSICA HOUSEMAN, Lancaster County Jail

4:21CV3031

ORDER

Correctional Officer; COURTNEY MCCOY, Lancaster County Jail Correctional Officer; and JARED DONNELLY, Lancaster County Jail Correctional Officer;

        Defendants.

Pursuant to the Plaintiff's Motions to Dismiss (Filings 102 & 103), construed as Notices of Dismissal, as to Defendants Jessica Houseman, Courtney McCoy, and Stephen Johnson,

IT IS ORDERED that Defendants Jessica Houseman, Courtney McCoy, and Stephen Johnson are dismissed from this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and upon Plaintiff's Motions to Dismiss (Filings 102 & 103), construed as Notices of Dismissal, filed prior to service of an answer or motion for summary judgment by such Defendants.

DATED this 10th day of May, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge