IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

YOHAN WEBB,

          Plaintiff,

vs.

MATTHEW FRANKEN, (Investigator, LPD); LINCOLN JOURNAL STAR NEWSPAPER, Owner & Editor Unknown by Name; 10/11 NEWS (KOLN/KGIN), MELISSA C. RIPLEY, #1331, LPD Officer; BRETT WHEELER, Lancaster County Jail Correctional Officer; KAI AKESON, Lancaster County Jail Correctional Officer; SCOTT LENGEL, Lancaster County Jail Correctional Officer; WESTON VOCK, Lancaster County Jail Correctional Officer; BEN MURPHY, Lancaster County Jail Correctional Officer; CARLY LOBEDA, Lancaster County Jail Correctional Officer; JON OTT, Lancaster County Jail Correctional Officer; MATTHEW DAAKE, Lancaster County Jail Correctional Officer; BRADLEY JOHNSON, Lancaster County Jail Correctional Officer; JOSEPH ANDERSON, Lancaster County Jail Correctional Officer; RICK GRAY, Lancaster County Jail Correctional Officer; ADAM BASSINGER, Lancaster County Jail Correctional Officer; ANDREW HOLSING, Lancaster County Jail Correctional Officer; and JARED DONNELLY, Lancaster County Jail Correctional Officer;

4:21CV3031

**MEMORANDUM AND ORDER**

      Defendants.

 This matter is before the court on its own motion.

 The Lancaster County Department of Corrections sent a letter to this court indicating that Plaintiff was released from custody on August 19, 2022. (Filing 159.) However, as of the date of this Memorandum and Order, Plaintiff has not updated his mailing address with this court. Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

 Also, because Plaintiff is no longer in custody, he must now file a new application for leave to proceed in forma pauperis if he wishes to continue pursuing this case in forma pauperis. Plaintiff may, in the alternative, pay the court's $400.00 filing and administrative fees.

 IT IS THEREFORE ORDERED:

 1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

 2. Plaintiff must either file a new request for leave to proceed in forma pauperis or pay the court's $400.00 filing and administrative fees within 30 days. Failure to take either action will result in dismissal of this matter without further notice to Plaintiff.

 3. The clerk of the court is directed to send to Plaintiff a copy of this order and the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit," to Plaintiff's address on file with the court.

4. The clerk of the court is directed to set a pro se case management deadline with the following text: **September 28, 2022**—deadline for Plaintiff to update address; deadline for Plaintiff to file new IFP application or pay filing fee.

DATED this 29th day of August, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge