IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>             Plaintiff,<br><br>vs.<br><br>MATTHEW FRANKEN, (Investigator, LPD); MELISSA C. RIPLEY, #1331, LPD Officer; BRETT WHEELER, Lancaster County Jail Correctional Officer; KAI AKESON, Lancaster County Jail Correctional Officer; SCOTT LENGEL, Lancaster County Jail Correctional Officer; WESTON VOCK, Lancaster County Jail Correctional Officer; BEN MURPHY, Lancaster County Jail Correctional Officer; JON OTT, Lancaster County Jail Correctional Officer; MATTHEW DAAKE, Lancaster County Jail Correctional Officer; BRADLEY JOHNSON, Lancaster County Jail Correctional Officer; JOSEPH ANDERSON, Lancaster County Jail Correctional Officer; RICK GRAY, Lancaster County Jail Correctional Officer; ADAM BASSINGER, Lancaster County Jail Correctional Officer; ANDREW HOLSING, Lancaster County Jail Correctional Officer; and JARED DONNELLY, Lancaster County Jail Correctional Officer;<br><br>             Defendants. | 4:21CV3031<br><br><br>ORDER |

IT IS ORDERED that the Motion to Withdraw, Filing No. 171, filed by Deputy Lancaster County Attorney Eric W. Synowicki is granted. Mr. Synowicki is removed as counsel of record for Defendants Brett Wheeler, Kai Akeson, Scott Lengel, Weston Vock, Ben Murphy, Jon Ott, Bradley Johnson, Joseph Anderson, Rick Gray, Adam Bassinger, Andrew Holsing, Matthew Daake, and Jared Donnelly.

Dated this 13th day of January, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge