IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

YOHAN WEBB,

               Plaintiff,

     vs.

MATTHEW FRANKEN, (Investigator, LPD);
MELISSA C. RIPLEY, #1331, LPD Officer;
BRETT WHEELER, Lancaster County Jail
Correctional Officer; KAI AKESON,
Lancaster County Jail Correctional Officer;
SCOTT LENGEL, Lancaster County Jail
Correctional Officer; WESTON VOCK,
Lancaster County Jail Correctional Officer;
BEN MURPHY, Lancaster County Jail
Correctional Officer; JON OTT, Lancaster
County Jail Correctional Officer; MATTHEW
DAAKE, Lancaster County Jail Correctional
Officer; BRADLEY JOHNSON, Lancaster
County Jail Correctional Officer; JOSEPH
ANDERSON, Lancaster County Jail
Correctional Officer; RICK GRAY, Lancaster
County Jail Correctional Officer; ADAM
BASSINGER, Lancaster County Jail
Correctional Officer; ANDREW HOLSING,
Lancaster County Jail Correctional Officer;
and JARED DONNELLY, Lancaster County
Jail Correctional Officer;

               Defendants.

**4:21CV3031**


**ORDER**

This matter is before the Court for case management.  In light of the pending and unopposed Motions for Summary Judgment, Filing No. 173; Filing No. 176, which involve the issue of qualified immunity from suit,

IT IS ORDERED that:

1.      The Final Pretrial Conference scheduled for June 7, 2023, is continued until further order of the Court and may be rescheduled after the resolution of Defendants' pending Motions for Summary Judgment; and

2.      The Clerk of Court shall transmit a copy of this Order to Magistrate Judge Zwart's chambers.


Dated this 5th day of June, 2023.


BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge